UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL HERNANDEZ,

                Plaintiff,

– against –

CITY OF NEW YORK and CAPTAIN RACHEL MORGAN,

                Defendants.

**ORDER**

18 Civ. 5870 (ER)

Ramos, D.J.:

    The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated: April 6, 2020
        New York, New York

                                        Edgardo Ramos, U.S.D.J.